UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARUS HOLDINGS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 22-cv-07830-VC<br><br>**ORDER STAYING CASE**<br><br>Re: Dkt. No. 94 |

　　　　The motion to stay is granted. The case is stayed pending final resolution (including any appeals) of the three instituted inter partes review proceedings. The parties are ordered to file a joint status report within 30 days of the conclusion of those proceedings.

　　　　**IT IS SO ORDERED.**

Dated: February 7, 2023

_____
VINCE CHHABRIA
United States District Judge